1355905

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

JAVIER TAYMES
a/k/a Javier Bennet
a/k/a Javir Taymes

## WARRANT FOR ARREST

CASE NUMBER: 1:07M-74M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JAVIER TAYMES, a/k/a Javier Bennet and Javir Taymes
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
ILLEGAL REENTRY AFTER BEING A PREVIOUSLY DEPORTED ALIEN

RECEIVED
U.S. MARSHALS SERVICE
JUL 19 2007
District of Rhode Island

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

DAVID L. MARTIN
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

David L Martin
Signature of Issuing Officer

7-19-07 PROVIDENCE, RHODE ISLAND
Date and Location

Bail fixed at $ by
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at Providence, RI by ICE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 07/19/2007 | CO Wyant SDUSM | S Wyant |
| DATE OF ARREST | | |
| 07/24/2007 | | |

This form was electronically produced by Elite Federal Forms, Inc.